UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY. <br><br> Plaintiff, <br><br> v. <br><br> JUDITH A. SELLS, et al., <br><br> Defendants. | Case No. 14-CV-00944 <br><br> **ORDER RE: MOTION TO DEPOSIT FUNDS** <br><br> [Re Docket No. 3] |

On February 28, 2014 plaintiff filed a Motion to Deposit Funds related to this interpleader action. Dkt. No. 3. Responses by defendants were due March 14, 2014. No response was filed by any defendant. At this point four of the five defendants in the case returned executed waivers of service. *See* Dkt. Nos. 8, 9, 10, 11. Any response to the Motion to Deposit Funds must be filed by June 30, 2014.

IT IS SO ORDERED.

Dated: June 18, 2014

Ronald M. Whyte
United States District Judge

ORDER
Case No. 14-CV-00944-RMW
LM

- 1 -