1  KURT A. KAPPES - SBN 146384
   JENNIFER M. HOLLY – SBN 263705
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   kappesk@gtlaw.com
5  hollyj@gtlaw.com

6  Attorneys for Plaintiff
   BANKERS LIFE AND CASUALTY
7  COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

BANKERS LIFE AND CASUALTY COMPANY,

    Plaintiff,

v.

JUDITH A. SELLS, et al.,

    Defendants.

CASE NO. 5:14-cv-00944-RMW

**[] ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED JUDGMENT**

1  COMES NOW the Court, having considered the Stipulation and Joint Motion between all the
2  parties,

3  That Stipulation is GRANTED as follows:

4  The parties are to pay the Funds in accordance with an Annuity Service Request dated October 6,
5  2011 (see Plaintiff's Complaint for Interpleader, Exhibit C (DOC1-1, pp. 41-44)), as follows:

| Name | Share | Amount Due Hereunder. |
|---|---|---|
| Judith A. Sells | 34% | $ -- 0 -- |
| Peggy Taranenko | 33% | $68,614.19 |
| Stanley A. Sells, Jr. | 11% | $22,871.39 |
| Tricia Andrada | 11% | $22,871.39 |
| Terry Sells | 11% | $22,871.39 |

This case is dismissed with prejudice and without any costs to any party.

IT IS SO ORDERED this ___FJ___ day of ___R'}^_____, 2014.

*Ronald M. Whyte*
Judge, United States District Court
Northern District of California
San Jose Division